# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Watts Webcor Obayashi, a Joint Venture ) | ASBCA No. 59262 |
| ) | |
| Under Contract No. N62742-10-C-1304 ) | |

APPEARANCES FOR THE APPELLANT:  David A. Blake, Esq.
Caroline A. Keller, Esq.
Seyfarth Shaw, LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Stephanie Cates-Harman, Esq.
Assistant Director

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 14 April 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59262, Appeal of Watts Webcor Obayashi, a Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals